UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDALEE DEWITT,

        Plaintiff,

v.

DELTA OUTSOURCE GROUP, INC.,

        Defendant.
_____/

Case No. 1:11-cv-1079

HON. GORDON J. QUIST

**Notice of Settlement**

The parties have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to all parties, with prejudice, no later than December 23, 2011.

Dated: December 14, 2011

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com