UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDALEE DEWITT,

        Plaintiff,

v.

DELTA OUTSOURCE GROUP, INC.,

        Defendant.
_____/

Case No. 1:11-cv-1079

HON. GORDON J. QUIST

**Stipulation of Dismissal**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Brandalee DeWitt, through her attorney of record, and defendant Delta Outsource Group, Inc., through its attorney of record, being all of the parties who have appeared in this action, stipulate to the immediate dismissal of this lawsuit as to all parties and with prejudice.

Dated: December 22, 2011

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
Consumerlawyer@aol.com

Dated: December 22, 2011

/s/ John P. Langenderfer
John P. Langenderfer (OH# 0079094)
Surdyk, Dowd & Turner Co., L.P.A.
Attorneys for Defendant
One Prestige Place, Suite 700
Miamisburg, Ohio 45342
(937) 222-2333
jlangenderfer@sdtlawyers.com