UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDALEE DEWITT,

        Plaintiff,

Case No. 1:11-cv-1079

HON. GORDON J. QUIST

v.

DELTA OUTSOURCE GROUP, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation filed by the parties (docket #5), this matter is hereby **DISMISSED**.

DATED: December 27, 2011          /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE